

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00175-CR

---

Cameron Pouncy, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the County Court
Andrews County, Texas
Trial Court No. 24-0055

---

## MEMORANDUM OPINION

Cameron Pouncy, representing himself, has filed a notice of appeal in which he attempts to appeal an order denying his motion to dismiss the charges against him for procedural errors and misconduct.[1] When the district clerk filed the clerk's record, she notified us that there was no

---

[1] The clerk's record contains Pouncy's motion but no order disposing of the motion.

judgment of conviction in the case and filed a supplemental clerk's record with a letter stating that the case is still pending.[2]

"[A] defendant's right of appeal is a statutorily created right," and courts "cannot enlarge a defendant's legislatively granted right to appeal." *Bayless v. State*, 91 S.W.3d 801, 805 (Tex. Crim. App. 2002). Generally, a criminal defendant may appeal only a final judgment of conviction. *See e.g.*, *Abbot v. State*, 271 S.W.3d 694 n.8 (Tex. Crim. App. 2008) (noting the "long-established rule that a defendant's general right to appeal under Article 44.02" is limited to appeals from a final judgment). We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by statute. *Id.* at 696–97 ("The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law.").

Because there was no judgment of conviction, we notified Pouncy that his appeal would be dismissed unless he filed a response showing grounds to continue. Pouncy did not respond to our request. Because there is no judgment of conviction or other appealable order in the clerk's record, we dismiss the appeal. Tex. R. App. P. 43.2(f).

MARIA SALAS MENDOZA, Chief Justice

November 20, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)

---

[2] This is one of three appeals in which Pouncy seeks relief in this Court from various pretrial matters. Our opinions and judgments in the other two companion appeals, cause numbers 08-25-00176-CR and 08-25-00177-CR, are issued concurrently with this one.